# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

May 09, 2025

Mr. David R. Dow  
University of Houston  
Law Center  
4170 Martin Luther King Boulevard  
Houston, TX 77204-6060

Mr. Jeffrey R. Newberry  
University of Houston  
Law Center  
4170 Martin Luther King Boulevard  
Houston, TX 77204-6060

   No. 22-70005   Johnson v. Lumpkin  
                  USDC No. 3:19-CV-2310

Dear Mr. Dow and Mr. Newberry,

As a reminder, Fifth Circuit Rule 8 governs procedures in death penalty cases involving applications for immediate stay of execution and appeals in matters in which the district court has either entered or refused to enter a stay. Rule 8.10 specifically addresses time requirements for challenges to death sentences and/or execution procedures. If Mr. Johnson would like to make such a challenge, that must be done at least 7 days before the scheduled execution. Failure to meet this timing requirement without providing good cause will make counsel subject to sanctions.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Mary Frances Yeager, Deputy Clerk
                              504-310-7686

cc: Mrs. Tomee Morgan Heining
 Mr. Stephen M. Hoffman
 Mr. Edward Larry Marshall